**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00179-CR**
_____

**EX PARTE TYRESE JAQUESZ HARMON**

_____

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 64041**

_____

**MEMORANDUM OPINION**

Tyrese Jaquesz Harmon, Appellant, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.2. Appellant and his attorney signed the motion to dismiss the appeal. Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 22, 2023
Opinion Delivered August 23, 2023
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.

1